# State of New York
# Court of Appeals

**Present,** Hon. Anthony Cannataro, *Acting Chief Judge*, **presiding**.

---

Petróleos de Venezuela S.A., et al.,
    Appellants,
  v.
MUFG Union Bank, N.A. et al.,
    Respondents.

---

    Appellants in the above entitled appeal appeared by Willkie Farr & Gallagher LLP; respondents appeared by Paul Weiss Rifkind Wharton & Garrison LLP.

    The Court, after due deliberation, orders and adjudges that the certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of this Court's Rules of Practice, is accepted and the issues presented are to be considered after briefing and argument. Acting Chief Judge Cannataro and Judges Rivera, Garcia, Wilson, Singas and Troutman concur.

*[signature]*

Lisa LeCours
Clerk of the Court

Court of Appeals, Clerk's Office, Albany, November 22, 2022
USCOA, 2nd Circuit (Docket No. 20-3858-cv (L))