# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of February, two thousand twenty-four.

Before:  Pierre N. Leval,
 Raymond J. Lohier, Jr.,
 Beth Robinson,
  *Circuit Judges*.

---

Petróleos De Venezuela S.A., PDV Holding, Inc., PDVSA Petróleo S.A.,

 *Plaintiffs-Counter-Defendants-Appellants,*

v.

MUFG Union Bank, N.A., GLAS Americas LLC,

 *Defendant-Counter-Claimants-Appellees.*

**ORDER**
Docket Nos.  20-3858 (L)
   20-4127 (Con)

---

In light of the New York Court of Appeals decision in *Petróleos de Venezuela S.A. v. MUFG Union Bank, N.A.*, No. 6, -- N.E.3d --, 2024 WL 674251 (N.Y. Feb. 20, 2024), we invite the parties to file supplemental briefs, not to exceed 7,000 words. Briefs are to be submitted within twenty-one days from the date of this order.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court